Case: 1:24-mj-00320
Assigned To : Judge G. Michael Harvey
Assign. Date : 10/10/2024
Description: COMPLAINT W/ARREST WARRANT

## STATEMENT OF FACTS

Your affiliate ███████████████████████████.

On October 9, 2024, at approximately 7:00 p.m., your affiant was traveling down the 3000 block of Channing Street Northeast in the 5th Police District of Washington, D.C., and I observed a group of approximately five (5) individuals standing near a Silver Lexus sedan smoking marijuana. Your affiant approached one of the individuals, later identified as Jayvon Gattison DOB 11/18/2000 ("GATTISON"), who had a black Adidas bag slung over his shoulder and was holding a lit marijuana cigarette in his left hand. *See* Figures 1 and 2, below. Your affiant recognized the smell of burning marijuana from my training and experience.



*Figure 1 – GATTISON (red arrow) standing next to the silver sedan and Adidas bag slung over shoulder (red circle)*

1



*Figure 2 – Investigator Turner's BWC of Jayvon Gattison holding a lit marijuana cigarette, circled in red*

Your affiant took the marijuana cigarette from GATTISON's hand, removed the bag from his shoulder, and placed GATTISON under arrest for public consumption of marijuana. The cigarette subsequently field-tested positive for THC.



*Figure 3 – MPD Officer Minzak's BWC showing Investigator Turner holding bag taken from GATTISON's shoulder*

Officer Minzak then took the Adidas bag and looked into it with a flashlight and saw a firearm. Officer Minzak then secured the firearm inside the bag in the trunk of an MPD vehicle.



*Figure 4 – MPD Officer Minzak searching the Adidas bag taken from GATTISON's shoulder*

3

Once at the police station, the firearm was recovered from the bag by MPD Investigator Rony Desir and discovered to be a black Glock 17, 9mm with serial number BCPT004. One round of ammunition was in the chamber and 14 additional rounds were in a 17 round capacity magazine.



*Figure 5 – Glock 17 9mm handgun recovered from GATTISON's bag*

There are no firearm or ammunition manufacturers in the District of Columbia. Therefore, the firearm and ammunition in this case necessarily traveled in interstate commerce.

GATTISON is aware that he has a prior criminal felony conviction punishable by a term of incarceration greater than one year. On December 5, 2019, GATTISON was sentenced to ten (10) years of confinement with, four (4) years suspended, followed by three (3) years of probation for a conviction of Common Law Murder in Prince Georges County, Maryland, in case number T181636X.

Based on the foregoing, your affiant submits that there is probable cause to believe that on October 9, 2024, GATTISON violated 18 U.S.C. § 922(g), which makes it a crime for a convicted felon to possess a firearm.

*Attested to by the applicant by telephone in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 10th day of October, 2024.*

_____
HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE